**No. 50278.**—Protest 14615–K of John Zimmermann Co. (New York).

Opinion by Tilson, J. The record showed that certain items of the merchandise consist of so-called hemp knotted straw hats similar in all material respects to those the subject of Abstract 46497, which record was admitted in evidence herein. In accordance therewith the items of merchandise in question were held dutiable as claimed.

BEFORE THE THIRD DIVISION, JUNE 20, 1945

**No. 50279.**—Protests 987818–G, etc., of Visla Traders Co., Inc., et al. (New York).

Opinion by Cline, J. In accordance with stipulation of counsel that the cheese in question is similar in all material respects to that the subject of *United States* v. *Wheeler* (32 C. C. P. A. 22, C. A. D. 280), the protests were sustained as claimed.

**No. 50280.**—Protest 977654–G of Butler Bros. (Seattle).

Opinion by Keefe, J. In accordance with stipulation of counsel that the Rockingham earthenware is similar in all material respects to that the subject of *Butler Bros.* v. *United States* (4 Cust. Ct. 120, C. D. 303), the protest was sustained as claimed.